*In re* NORFLEET, Nos. 151732 and 151734; Court of Appeals Nos. 323110 and 323116.

*In re* VANGORDER, No. 151741; Court of Appeals No. 324716.

*Leave to Appeal Denied July 10, 2015:*

JOHNSON v PONTIAC SCHOOL DISTRICT, No. 150181; Court of Appeals No. 320708.

BERNSTEIN, J., would grant leave to appeal.